IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00568-RJC-DSC

| | |
|---|---|
| STEVEN DEON ERVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KARSEY GLASS INC., | ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND RECOMMENDATION

**THIS MATTER** is before the Court on Defendant's "Motion to Dismiss [Plaintiff's Second Claim for Relief brought under the North Carolina Retaliatory Employment Discrimination Act, N.C. Gen. Stat. §§ 95-240 et. seq. ("REDA")]" (document #13).

The Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and is ripe for disposition.

In his response, Plaintiff concedes that the Motion should be granted. See Document #14.

For that reason and the other reasons stated in Defendant's brief, the undersigned respectfully recommends that Defendant's "Motion to Dismiss [Plaintiff's Second Claim for Relief brought under the North Carolina Retaliatory Employment Discrimination Act, N.C. Gen. Stat. §§ 95-240 et. seq. ("REDA")]" (document #13) be **GRANTED**.

## NOTICE OF APPEAL RIGHTS

The parties are hereby advised that pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this

Memorandum must be filed within fourteen days after service of same. Failure to file objections to this Memorandum with the District Court constitutes a waiver of the right to de novo review by the District Judge. Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir. 1989). Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal. Thomas v. Arn, 474 U.S. 140, 147 (1985); Diamond, 416 F.3d at 316; Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Wells, 109 F.3d at 201; Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation to the parties' counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED AND RECOMMENDED.**

Signed: March 1, 2022

David S. Cayer
United States Magistrate Judge